■ In the Matter of WESLEY L. TAYLOR, JR., an Attorney, Resignor. [769 NYS2d 780]—Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown,*

240 AD2d 83 [1998]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.